# Court of Appeals
# of the State of Georgia

ATLANTA,  February 04, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0635.  KASIM REED et al. v. STANLEY HAMBRICK et al.**

On October 7, 2015, defendants Kasim Reed and George Turner (the "Appellants") filed a notice of appeal from a trial court order purportedly entered on April 30, 2013, denying their motion to dismiss this civil action.  We lack jurisdiction.

Pretermitting any issues as to the timeliness of the notice of appeal, the record contains no trial court order dated April 2013, as this case began in July 2015.  While the record contains a trial court order denying a motion to dismiss filed by the Appellants, this motion was submitted in a different case involving the Appellants.[1]  Consequently, the plaintiffs have moved to dismiss this appeal.  Because the record contains no appealable order, the plaintiffs' motion to dismiss is GRANTED, and this appeal is hereby DISMISSED.

In their motion to dismiss, the plaintiffs also ask us to impose sanctions against the Appellants for filing a frivolous appeal.  Pretermitting whether the request for sanctions—which was not filed as a separate document—is properly before us, see Court of Appeals Rule 41 (b), we decline to impose sanctions at this time.  We caution the Appellants, however, that we are empowered to impose sanctions on parties who file frivolous pleadings, and any future filings by the Appellants that have no bases in law may result in the imposition of sanctions.  See Court of Appeals Rule 15 (b).

---

[1] It appears that this order was filed as an exhibit to the plaintiffs' opposition to the Appellants' motion to dismiss the instant case.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*_____02/04/2016_____
     I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*